THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01253

UN4 PRODUCTIONS, INC.,

a Nevada Corporation,

        Plaintiff,

v.

JOHN DOES 1-19,

        Defendants.

**NOTICE OF RELATED CASES**

Pursuant to D.C.COLO.LCivR 3.2, Counsel for Plaintiff UN4 Productions, Inc., hereby notifies the court that the following cases pending in this judicial district are related to the above-captioned action in that all of the plaintiffs are represented by the undersigned counsel, are holders of copyrights to mainstream films, there are John Doe defendants, and all of the cases concern alleged BitTorrent copyright infringement and therefore have common questions of law and fact:[1]

1. ME2 Productions, Inc. v. Weston Orf,
   Civil Action No. 1:17-cv-00170-WYD-MEH;

---

[1] There are a large number of other cases that are also arguably related to the above-captioned case in this district and other federal judicial districts, however the Plaintiff's counsel in this case is not counsel in those other cases, and, due to the large number of such cases, it would be unduly burdensome for the Plaintiff's counsel in this case to attempt to identify all such cases filed or defended by other counsel.

2. ME2 Productions, Inc. v. John Does 1-14
   Civil Action No. 1:17-cv-00301-WYD-MEH;

3. ME2 Productions, Inc. v. John Does 1-2, 7-11
   Civil Action No. 1:17-cv-00387-WYD-MEH;

4. ME2 Productions, Inc. v. John Does 1-4, 7-8, 11
   Civil Action No. 1:17-cv-00508-WYD-MEH;

5. ME2 Productions, Inc. v. John Does 1-7, 9-11, 13-24
   Civil Action No. 1:17-cv-00607-WYD-MEH;

6. ME2 Productions, Inc. v. John Does 1-4, 6-11
   Civil Action No. 1:17-cv-00674-WYD-MEH;

7. ME2 Productions, Inc. v. John Doe 5
   Civil Action No. 1:17-cv-00724-WYD-MEH;

8. ME2 Productions, Inc. v. John Does 1-5
   Civil Action No. 1:17-cv-00821-WYD-MEH;

9. ME2 Productions, Inc. v. John Does 1-4
   Civil Action No. 1:17-cv-01031-WYD-MEH;

10. ME2 Productions, Inc. v. John Does 1-7
    Civil Action No. 1:17-cv-01089-WYD-MEH;

11. ME2 Productions, Inc. v. John Does 1-16
    Civil Action No. 1:17-cv-01162-WYD-MEH;

   12.  ME2 Productions, Inc. v. John Does 1-8
       Civil Action No. 1:17-cv-01207-WYD-MEH.

DATED this 24th day of May, 2017.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
5310 Ward Rd., Suite G-07
Arvada, CO 80002
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
david.thunderlaw@gmail.com
Attorney for Plaintiff

## **CERIFICATE OF SERVICE**

I hereby certify that on May 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *David J. Stephenson, Jr.*