IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   17-cv-01253-WYD-MEH

UN4 PRODUCTIONS, INC., a Nevada Corporation,

    Plaintiff,

v.

MARIO CANALES, previously identified as John Doe 10,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal With Prejudice of Defendant Mario Canales and the Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on October 6, 2017 (ECF No. 36), it is

ORDERED that Defendant Mario Canales and this action are **DISMISSED WITH PREJUDICE**.

Dated:  October 16, 2017

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge